IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERARD K. PUANA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KATHERINE P. KEALOHA, LOUIS M. KEALOHA, MINH-HUNG "BOBBY" NGUYEN, DANIEL SELLERS, NIALL SILVA, WALTER CALISTRO, DRU AKAGI, JOHN and/or JANE DOES 1-50,<br><br>　　　　Defendants. | CIVIL NO. 16-00659<br><br>DEMAND FOR JURY TRIAL |

## DEMAND FOR JURY TRIAL

GERARD K. PUANA, by and through his undersigned attorneys, hereby demands a jury trial as to all issues so triable herein.

DATED:   Honolulu, Hawaii, December 14, 2016.

　　　　　　　　　　　　/s/ Eric A. Seitz
　　　　　　　　　　　　ERIC A. SEITZ
　　　　　　　　　　　　DELLA A. BELATTI
　　　　　　　　　　　　SARAH R. DEVINE

　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　GERARD K. PUANA