Of Counsel:
SUMIDA AU & WONG
A Limited Liability Law Company

KEVIN P.H. SUMIDA     2544-0
ksumida@hawaiilaw411.com
735 Bishop Street, Suite 411
Honolulu, Hawai'i 96813
Telephone No. 808-356-2600
Facsimile No. 808-587-6197

Attorneys for Defendants
KATHERINE P. KEALOHA and
LOUIS M. KEALOHA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERARD K. PUANA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KATHERINE P. KEALOHA, LOUIS M. KEALOHA, MINH-HUNG "BOBBY" NGUYEN, DANIEL SELLERS, NIALL SILVA, WALTER CALISTRO, DRU AKAGI, JOHN and/or JANE DOES 1-50,<br><br>　　　　　　Defendants. | CIVIL NO. 16-00659 JMS/RLP<br><br>JOINT STATUS REPORT; CERTIFICATE OF SERVICE |

**JOINT STATUS REPORT**

The parties who have filed an appearance herein (Plaintiff, Defendant Katherine Kealoha, and the City and County of Honolulu), through their counsel,

have conferred electronically and jointly agree that the stay of this case should continue until disposition of the criminal matter against Katherine and Louis Kealoha.

DATED: HONOLULU, HAWAII, April 22, 2019.

/s/ Kevin P. H. Sumida

KEVIN P. H. SUMIDA
Attorneys for Defendants
KATHERINE P. KEALOHA
and LOUIS M. KEALOHA