PAUL S. AOKI          1286
Acting Corporation Counsel

TRACI REI MORITA     7983
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawai'i  96813
Telephone: (808) 768-5493
Facsimile:  (808) 768-5105
Email: tmorita1@honolulu.gov

Attorney for Intervenor-Applicant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| GERARD K. PUANA,<br><br>Plaintiff,<br><br>   vs.<br><br>KATHERINE P. KEALOHA, LOUIS M. KEALOHA, MINH-HUNG "BOBBY" NGUYEN, DANIEL SELLERS, NIALL SILVA, WALTER CALISTRO, DRU AKAGI, JOHN and/or JANE DOES 1-50,<br><br>Defendants. | CIVIL NO. 16-00659 JMS/WRP<br><br>INTERVENOR-APPLICANT CITY AND COUNTY OF HONOLULU'S RESPONSE TO PLAINTIFF'S FURTHER LETTER BRIEFING; CERTIFICATE OF SERVICE<br><br><br><br>Trial Date:  None |

INTERVENOR-APPLICANT CITY AND COUNTY OF HONOLULU'S
RESPONSE TO PLAINTIFF'S FURTHER LETTER BRIEFING

INTERVENOR-APPLICANT  CITY  AND  COUNTY  OF  HONOLULU

(hereinafter "City"), pursuant to the Court's Order (ECF No. 76), hereby submits its

response to Plaintiff's further letter briefing (ECF No. 77).

Plaintiff Gerard K. Puana requests leave to file a First Amended Complaint in his letter filed with the Court on August 14, 2020. FRCP 15(a)(2) provides leave to amend "shall be freely given when justice so requires." Further, a district court has discretion to allow a party to amend a pleading and may do so with "extreme liberality," *Jackson v. Bank of Hawaii*, 902 F.2d 1385, 1387 (9th Cir.1990) (internal citations omitted). In determining whether to allow amendment, courts consider: (1) whether the movant has acted with undue delay, bad faith or dilatory motive; (2) whether the opponent would be unduly prejudiced by amendment; (3) whether there have been repeated failures to cure, and (4) whether amendment would be futile. *See Foman v. Davis*, 371 U.S. 178, 182 (1962). Based on the review of Plaintiff's August 14, 2020 letter, it is difficult for City to take a formal position on this matter as Plaintiff's letter failed to either attach a draft of the proposed complaint and/or outline, definitively, the new parties and/or claims Plaintiff proposes to amend.

In the event that this Court is inclined to allow Plaintiff leave to file his First Amended Complaint, City requests that he be allowed to do so for the limited purpose of filing *only* the First Amended Complaint and that City (and any of the additional named Defendants who the City does not currently represent) reserves the right to file any and all requisite filings and/or motions when the case is formally reopened.

DATED:  Honolulu, Hawaiʻi, August 19, 2020.

PAUL S. AOKI
Acting Corporation Counsel

By:  /s/ Traci Rei Morita
TRACI REI MORITA
Deputy Corporation Counsel

Attorney for Intervenor-Applicant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| GERARD K. PUANA,<br><br>    Plaintiff,<br><br>  vs.<br><br>KATHERINE P. KEALOHA, LOUIS M. KEALOHA, MINH-HUNG "BOBBY" NGUYEN, DANIEL SELLERS, NIALL SILVA, WALTER CALISTRO, DRU AKAGI, JOHN and/or JANE DOES 1-50,<br><br>    Defendants. | Civil No. CV16-00659 JMS/WRP<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses as shown below:

**Served Electronically through CM/ECF:**

ERIC A. SEITZ, ESQ.                    eseitzatty@yahoo.com
DELLA A. BELATTI, ESQ.              daubelatti@yahoo.com
JONATHAN M.F. LOO, ESQ.          jloo33138@yahoo.com
KEVIN A. YOLKEN, ESQ.              KevinYolken@gmail.com
SARAH R. DEVINE, ESQ.              srdevine@gmail.com
820 Mililani Street, Suite 714
Honolulu, Hawaii  96813

Attorneys for Plaintiff
GERARD K. PUANA

DATED:  Honolulu, Hawaiʻi, August 19, 2020.

PAUL S. AOKI
Acting Corporation Counsel

By: /s/ Traci Rei Morita
　　 TRACI REI MORITA
　　 Deputy Corporation Counsel

　　 Attorney for Intervenor-Applicant
　　 CITY AND COUNTY OF HONOLULU