PAUL S. AOKI                    1286
Corporation Counsel Designate

AUDREY L.E. STANLEY             9214
STEPHEN D. ATWELL               10566
Deputies Corporation Counsel
City and County of Honolulu
530 S. King Street, Room 110
Honolulu, Hawaiʻi  96813
Telephone:  (808) 768-5233
            (808) 768-5103
Facsimile:  (808) 768-5105
Email:      audrey.stanley@honolulu.gov
            stephen.atwell@honolulu.gov

Attorneys for Intervenor-Applicant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| GERARD K. PUANA, and RICKY L. HARTSELL as Trustee of the Florence M. Puana Trust,<br><br>           Plaintiff,<br><br>     vs.<br><br>KATHERINE P. KEALOHA, LOUIS M. KEALOHA, DONNA LEONG, MINH-HUNG "BOBBY" NGUYEN, DANIEL SELLERS, NIALL SILVA, WALTER CALISTRO, DRU AKAGI, JOHN and/or JANE DOES 1-50,<br><br>           Defendants. | Civil No. CV16-00659 JMS/WRP<br><br>NOTICE OF WITHDRAWAL OF INTERVENOR-APPLICANT CITY AND COUNTY OF HONOLULU'S MOTION FOR **SANCTIONS UNDER RULE 11**; CERTIFICATE OF SERVICE |

NOTICE OF WITHDRAWAL OF INTERVENOR-APPLICANT CITY AND COUNTY OF HONOLULU'S MOTION FOR SANCTIONS UNDER RULE 11

INTERVENOR-APPLICANT, the City and County of Honolulu, hereby WITHDRAWS its Motion for Sanctions under Rule 11.

DATED: Honolulu, Hawaiʻi, September 29, 2020.

        PAUL S. AOKI
        Corporation Counsel Designate

        By: /s/ Audrey L.E. Stanley
           AUDREY L.E. STANLEY
           STEPHEN D. ATWELL
           Deputies Corporation Counsel

           Attorneys for Intervenor-Applicant
           CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| GERARD K. PUANA, and RICKY L. HARTSELL as Trustee of the Florence M. Puana Trust,<br><br>     Plaintiff,<br><br>     vs.<br><br>KATHERINE P. KEALOHA, LOUIS M. KEALOHA, DONNA LEONG, MINH-HUNG "BOBBY" NGUYEN, DANIEL SELLERS, NIALL SILVA, WALTER CALISTRO, DRU AKAGI, JOHN and/or JANE DOES 1-50,<br><br>     Defendants. | Civil No. CV16-00659 JMS/WRP<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses as shown below:

**Served Electronically through CM/ECF:**

ERIC A. SEITZ, ESQ.            eseitzatty@yahoo.com
DELLA A. BELATTI, ESQ.     daubelatti@yahoo.com
JONATHAN M.F. LOO          jloo33138@yahoo.com
KEVIN YOLKEN                      kevinyolken@gmail.com
820 Mililani Street, Suite 502
Honolulu, Hawaii  96813

   Attorneys for Plaintiffs

**Served via U.S. Mail, Postage Prepaid:**

KATERINE P. KEALOHA
#06014-122
FDC Honolulu
Federal Detention Center
Inmate Mail/Parcels
P.O. Box 30080
Honolulu, Hawaii  96820

  Defendant


LOUIS M. KEALOHA
Kahala Beach Apartments
499 Kahala Avenue, Unit 171
Honolulu, Hawaii  96816

  Defendant

DATED:  Honolulu, Hawaiʻi, September 29, 2020.

                        PAUL S. AOKI
                        Corporation Counsel Designate

                        By:  /s/ Audrey L.E. Stanley
                             AUDREY L.E. STANLEY
                             STEPHEN D. ATWELL
                             Deputies Corporation Counsel

                             Attorneys for Intervenor-Applicant
                             CITY AND COUNTY OF HONOLULU