# MINUTE ORDER

CASE NUMBER:    CV 16-00659 JMS-WRP

CASE NAME:    Gerard K. Puana, et al. v. Katherine P. Kealoha, et al.

JUDGE:  Wes Reber Porter      DATE:   October 19, 2020

COURT ACTION:    ORDER AS TO LETTER FROM DEFENDANT KATHERINE P. KEALOHA RECEIVED OCTOBER 16, 2020

On October 16, 2020, the Court received a letter from Defendant Katherine Kealoha noting that her service copy of the First Amended Complaint was missing two pages, asking for an extension of time to respond to the First Amended Complaint, stating that she was unable to locate notice of withdrawal of her prior counsel on the docket, asking for access to certain hard drives, and asking to participate in case proceedings via telephone. See ECF No. 90.

First, the Court DIRECTS the Clerk's Office to mail a copy of the First Amended Complaint, ECF No. 80, to Defendant Katherine Kealoha.

Second, the Court DIRECTS the Clerk's Office to mail a copy of the Order Continuing the Stay of this Litigation and Granting Plaintiff Leave to File an Amended Complaint, ECF No. 79, to Defendant Katherine Kealoha. As stated in that Order, the time for Defendants to respond to the First Amended Complaint is stayed until 21 days after the Court lifts the stay in this action. Accordingly, Defendant Katherine Kealoha's request for an extension of time to respond to the Complaint is MOOT.

Third, the Court DIRECTS the Clerk's Office to mail a copy of the Notice regarding Motion to Withdraw, ECF No. 57, and a copy of the Court's Order Granting Counsel's Unopposed Motion to Withdraw as Counsel, ECF No. 59, to Defendant Katherine Kealoha.

Fourth, the Court DENIES WITHOUT PREJUDICE Defendant Katherine Kealoha's request for access to certain hard drives. As reflected in this docket, this action is stayed pending the resolution of the related criminal matters. After the stay has been lifted in this action, Defendant Katherine Kealoha may renew her request through formal motion.

Fifth, the Court GRANTS Defendant Katherine Kealoha's request to appear by telephone for proceedings before Magistrate Judge Wes Reber Porter in this matter.  For proceedings before the district judge or for any other proceedings in this litigation, Defendant Katherine Kealoha must make the appropriate request to appear by telephone for those proceedings as they are scheduled.

Sixth, the Court notes that Defendant Katherine Kealoha's mailing address on the docket is the same address that is reflected on her letter and that the docket reflects that all filings have been served on Defendant Katherine Kealoha at her address of record.  To the extent Defendant Katherine Kealoha is unable to locate her service copies of other filings, she shall be responsible for obtaining copies of all other prior case filings through PACER.

Finally, the Court notes that informal letters to the Court are not the appropriate means for requesting relief.  All future filings by any party in this case must be made through formal motion.

IT IS SO ORDERED.

*Submitted by:  Juliet Parker, Courtroom Manger.*