ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

| | |
|---|---|
| ERIC A. SEITZ | 1412 |
| DELLA A. BELATTI | 7945 |
| JONATHAN M.F. LOO | 10874 |
| KEVIN A. YOLKEN | 10987 |

820 Mililani Street, Suite 502
Honolulu, Hawaii 96813
Telephone: (808) 533-7434
Facsimile: (808) 545-3608
E-mail(s):  eseitzatty@yahoo.com
  daubelatti@yahoo.com
  jloo33138@yahoo.com
  kevinyolken@gmail.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| GERARD K. PUANA, and RICKY L. HARTSELL as Trustee of the Florence M. Puana Trust, | ) ) ) | CIVIL NO. 16-00659 JMS-WRP (Other Civil Rights) |
| | ) ) | CERTIFICATE OF SERVICE |
| | ) ) ) | [RE: NOTICE OF TAKING DEPOSITIONS UPON |
| Plaintiffs, | ) ) | ORAL EXAMINATION] |
| vs. | ) ) | **[LOUIS M. KEALOHA]** Date: May 7, 2021 |
| KATHERINE P. KEALOHA, LOUIS M. KEALOHA, DONNA LEONG, MINH-HUNG "BOBBY" NGUYEN, DANIEL SELLERS, DEREK WAYNE HAHN, NIALL SILVA, WALTER CALISTRO, | ) ) ) ) ) ) ) | Time: 9:00 a.m.  **[POLICE CHIEF SUSAN BALLARD]** Date: May 10, 2021 Time: 9:00 a.m. |

*(Caption Continued on Next Page)*

| | | |
|---|---|---|
| DRU AKAGI, JOHN and/or JANE DOES 1-50,  <br>　　　　　　Defendants. | ) ) ) ) ) ) | **[KIRK CALDWELL]**  <br>Date: May 11, 2021  <br>Time: 9:00 a.m. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that one copy of the Notice of Taking Depositions Upon Oral Examination (Louis M. Kealoha, Police Chief Susan Ballard, and Kirk Caldwell) dated, April 9, 2021, was duly served by the means noted below to the following:

TO:  AUDREY STANLEY, ESQ.　　　(Via E-mail & U.S. Mail)
　　　STEPHEN ATWELL, ESQ.
　　　Deputies Corporation Counsel
　　　City and County of Honolulu
　　　530 South King Street, Room 110
　　　Honolulu, HI 96813
　　　E-mail: audrey.stanley@honolulu.gov
　　　E-mail: stephen.atwell@honolulu.gov
　　　Attorneys for Defendant
　　　CITY AND COUNTY OF HONOLULU

　　　WILLIAM HARRISON, ESQ.　　　(Via E-mail & U.S. Mail)
　　　American Savings Bank Tower
　　　1001 Bishop Street, Suite 1180
　　　Honolulu, HI 96813
　　　wharrison@hamlaw.net

　　　Attorney for Defendant
　　　NIALL SILVA

LYLE HOSODA, ESQ.                        (Via E-mail & U.S. Mail)
3 Waterfront Plaza
500 Ala Moana Boulevard,
Suite 3-499
Honolulu, HI 96813
lsh@hosodalaw.com

Attorney for Defendant
WALTER CALISTRO


JEROLD MATAYOSHI, ESQ.                   (Via E-mail & U.S. Mail)
Davies Pacific Center
841 Bishop Street, Suite 1200
Honolulu, HI 96813
jtm@fmhc-law.com

Attorney for Defendant
DRU AKAGI


MEGAN KAU, ESQ.                          (Via E-mail & U.S. Mail)
820 Mililani Street, Suite 701
Honolulu, HI 96813
mk@megkaulaw.com

Attorney for Defendant
MINH-HUNG "BOBBY" NGUYEN


Katherine P. Kealoha                     (Via U.S. Mail)
FDC Honolulu
351 Elliott Street
Honolulu, HI 96819
BOP No. 06014-122

Defendant pro se

    Louis M. Kealoha                           (Via U.S. Mail)
    4999 Kahala Avenue, Unit 171
    Honolulu, HI 96816

    Defendant pro se


    Daniel Sellers                             (Via E-mail & U.S. Mail)
    P.O. Box 837
    Kaneohe, HI  96744
    dsellers30@gmail.com

    Defendant pro se


DATED:  Honolulu, Hawaii, April 9, 2021.


                                       /s/ Eric A. Seitz
                                       ERIC A. SEITZ
                                       DELLA A. BELATTI
                                       JONATHAN M.F. LOO
                                       KEVIN A. YOLKEN