IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERARD K. PUANA, ET AL., | CIV. NO. 16-00659 JMS-WRP |
| Plaintiffs, | ORDER OF RECUSAL |
| vs. | |
| KATHERINE P. KEALOHA, ET AL., | |
| Defendants. | |

## ORDER OF RECUSAL

This court hereby recuses itself on its own motion from any and all proceedings in the above-captioned matter in order to avoid any appearance of impropriety. This case is referred to the Clerk's Office for reassignment.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 12, 2021.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge