DANA M.O. VIOLA          6095
Corporation Counsel

AUDREY L. E. STANLEY     9214
STEPHEN D. ATWELL        10566
Deputies Corporation Counsel
Department of the Corporation Counsel
City and County of Honolulu
530 S. King Street, Room 110
Honolulu, Hawaiʻi 96813
Telephone:  (808) 768-5233 / 768-5103
Facsimile:   (808) 768-5105
Email:  audrey.stanley@honolulu.gov /
        stephen.atwell@honolulu.gov

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| GERARD K. PUANA, and RICKY L. HARTSELL as Trustee of the Florence M. Puana Trust,<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE P. KEALOHA, LOUIS M. KEALOHA, DONNA LEONG, MINH-HUNG "BOBBY" NGUYEN, DANIEL SELLERS, DEREK WAYNE HAHN, NIALL SILVA, WALTER CALISTRO, DRU AKAGI, JOHN and/or JANE DOES 1-50,<br><br>Defendants. | CIVIL No. CV16-00659 LEK-WRP<br><br>CERTIFICATE OF SERVICE<br><br>(RE: DEFENDANT CITY AND COUNTY OF HONOLULU'S INITIAL DISCLOSURES)<br><br><br><br><br><br>Trial Date: January 25, 2022 |

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at his last known address as shown below:

**Served via Hand Delivery:**

>ERIC A. SEITZ, ESQ.
>DELLA A. BELATTI, ESQ.
>JONATHAN M.F. LOO, ESQ.
>KEVIN YOLKEN, ESQ.
>820 Mililani Street, Suite 502
>Honolulu, Hawai'i 96813
>
>   Attorneys for Plaintiffs

**Served via U.S. Mail, Postage Prepaid:**

>MEGAN K. KAU, ESQ.
>820 Mililani Street, Suite 701
>Honolulu, Hawai'i 96813
>
>   Attorney for Defendant
>   MINH-HUNG "BOBBY" NGUYEN
>
>SHAWN A. LUIZ, ESQ.
>841 Bishop Street, Suite 200
>Honolulu, Hawai'i 96813
>
>   Attorney for Defendant
>   DEREK WAYNE HAHN
>
>WILLIAM A. HARRISON, ESQ.
>1001 Bishop Street, Suite 1180
>Honolulu, Hawai'i 96813
>
>   Attorney for Defendant
>   NIALL SILVA

LYLE S. HOSODA, ESQ.
ADDISON D. BONNER, ESQ.
KOURTNEY H.L.M. WONG, ESQ.
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaiʻi 96813

  Attorney for Defendant
  WALTER CALISTRO

JEROLD T. MATAYOSHI, ESQ.
841 Bishop Street, Suite 1200
Honolulu, Hawaiʻi 96813

  Attorney for Defendant
  DRU AKAGI

KATHERINE P. KEALOHA
#06014-122
FDC Honolulu
Federal Detention Center
Inmate Mail/Parcels
P.O. Box 30080
Honolulu, Hawaiʻi 96820

  Defendant Pro Se

LOUIS M. KEALOHA
Kahala Beach Apartments
4999 Kahala Avenue, Unit 171
Honolulu, Hawaiʻi 96816

  Defendant Pro Se

DANIEL SELLERS
P.O. Box 837
Kaneohe, Hawaiʻi 96744

  Defendant Pro Se

DATED: Honolulu, Hawaiʻi, June 4, 2021.

        DANA M. VIOLA
        Corporation Counsel

       By: /s/ Audrey L.E. Stanley
        AUDREY L.E. STANLEY
        STEPHEN D. ATWELL
        Deputies Corporation Counsel

        Attorneys for Defendant
        CITY AND COUNTY OF HONOLULU