ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ           1412
DELLA A. BELATTI        7945
JONATHAN M.F. LOO      10874
KEVIN A. YOLKEN        10987
820 Mililani Street, Suite 502
Honolulu, HI  96813
Telephone: (808) 533-7434
Facsimile: (808) 545-3608
E-mail(s):   eseitzatty@yahoo.com
             daubelatti@yahoo.com
             jloo33138@yahoo.com
             kevinyolken@gmail.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| GERARD K. PUANA, and RICKY L. HARTSELL as Trustee of the Florence M. Puana Trust, <br><br> Plaintiffs, <br><br> vs. <br><br> KATHERINE  P.  KEALOHA, LOUIS M. KEALOHA, DONNA LEONG, MINH-HUNG "BOBBY" NGUYEN, DANIEL SELLERS, DEREK WAYNE HAHN, NIALL SILVA, WALTER  CALISTRO, DRU  AKAGI, JOHN and/or JANE DOES 1-50, | CIVIL No. 16-00659 LEK-WRP (Other Civil Action) <br><br> **PLAINTIFFS' DISCLOSURE OF EXPERT WITNESS; CERTIFICATE OF SERVICE** <br><br><br> Trial Date:  January 25, 2022 |

Defendants.

## PLAINTIFFS' DISCLOSURE OF EXPERT WITNESS

Pursuant to the Rule 16 Scheduling Order filed in the above-entitled matter, Plaintiffs hereby disclose that the following person will testify regarding his evaluation, diagnosis, and treatment of Plaintiff Gerard K. Puana:

Alfred A. Sison (Psy.D)
Kaiser Permanente
Integrated Behavior Health
1441 Kapiolani Blvd., Suite 600
Honolulu, Hawaii  96814

DATED:  Honolulu, Hawaii, July 26, 2021.

/s/ Eric A. Seitz
ERIC A. SEITZ
DELLA A. BELATTI
JONATHAN M.F. LOO
KEVIN A. YOLKEN

Attorneys for Plaintiffs

2

## CERTIFICATE OF SERVICE

I hereby certify that one copy of the foregoing document was duly served electronically via CM/ECF on this date to the following parties:

>AUDREY STANLEY, ESQ.
>STEPHEN ATWELL, ESQ.
>Deputies Corporation Counsel
>City and County of Honolulu
>530 South King Street, Room 110
>Honolulu, HI  96813
>E-mail:  audrey.stanley@honolulu.gov
>E-mail:  stephen.atwell@honolulu.gov
>
>Attorneys for Defendant
>CITY AND COUNTY OF HONOLULU
>
>WILLIAM HARRISON, ESQ.
>American Savings Bank Tower
>1001 Bishop Street, Suite 1180
>Honolulu, HI 96813
>wharrison@hamlaw.net
>
>Attorney for Defendant
>NIALL SILVA, in his individual capacity
>
>LYLE HOSODA, ESQ.
>3 Waterfront Plaza
>500 Ala Moana Boulevard,
>Suite 3-499
>Honolulu, HI 96813
>lsh@hosodalaw.com
>
>Attorney for Defendant
>WALTER CALISTRO, in his individual capacity

>JEROLD MATAYOSHI, ESQ.
>Davies Pacific Center
>841 Bishop Street, Suite 1200
>Honolulu, HI 96813
>jtm@fmhc-law.com
>
>Attorney for Defendant
>DRU AKAGI, in his individual capacity
>
>MEGAN KAU, ESQ.
>820 Mililani Street, Suite 701
>Honolulu, HI 96813
>mk@megkaulaw.com
>
>Attorney for Defendant
>MINH-HUNG "BOBBY" NGUYEN, in his individual capacity
>
>SHAWN LUIZ, ESQ.
>Davies Pacific Center
>841 Bishop Street, Suite 200
>Honolulu, HI 96813
>attorneyluiz@gmail.com
>
>Attorney for Defendant
>DEREK WAYNE HAHN, in his individual capacity

and was served on this date to the following parties by U.S. Mail at their last

known address:

>Katherine P. Kealoha
>BOP No. 06014-122
>FCI Victorville Medium II
>Federal Correctional Institution
>P.O. Box 3850
>Adelanto, CA  92301
>
>Defendant pro se

Louis M. Kealoha
Reg. No. 06015-122
FCI Sheridan
Federal Correctional Institution
P.O. Box 5000
Sheridan, OR 97378

Defendant pro se


Daniel Sellers
P.O. Box 837
Kaneohe, HI  96744
dsellers30@gmail.com

Defendant pro se


DATED: Honolulu, Hawaii, July 26, 2021.


        /s/ Eric A. Seitz
        ERIC A. SEITZ

        Attorney for Plaintiffs