DANA M.O. VIOLA                6095
Corporation Counsel

AUDREY L. E. STANLEY           9214
STEPHEN D. ATWELL              10566
Deputies Corporation Counsel
Department of the Corporation Counsel
City and County of Honolulu
530 S. King Street, Room 110
Honolulu, Hawaiʻi 96813
Telephone:  (808) 768-5233 / 768-5103
Facsimile:   (808) 768-5105
Email:  audrey.stanley@honolulu.gov /
          stephen.atwell@honolulu.gov

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| GERARD K. PUANA, and RICKY L. HARTSELL as Trustee of the Florence M. Puana Trust,<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE P. KEALOHA, LOUIS M. KEALOHA, DONNA LEONG, MINH-HUNG "BOBBY" NGUYEN, DANIEL SELLERS, DEREK WAYNE HAHN, NIALL SILVA, WALTER CALISTRO, DRU AKAGI, JOHN and/or JANE DOES 1-50,<br><br>Defendants. | CIVIL No. CV16-00659 LEK-WRP<br><br>CERTIFICATE OF SERVICE<br><br>(RE: NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES; INTERROGATORIES<br><br>[Custodian of Records: Kaiser Permanente; September 30, 2021, Thursday at 11:00 a.m.])<br><br>Trial Date: January 25, 2022 |

## CERTIFICATE OF SERVICE

I hereby certify that, on September 17, 2021 and by the methods of service noted below, a true and correct copies of the NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES; INTERROGATORIES [Custodian of Records: Kaiser Permanente; September 30, 2021, Thursday at 11:00 a.m.] was served on the following at their last known address as shown below:

**Served via Hand Delivery:**

    ERIC A. SEITZ, ESQ.
    DELLA A. BELATTI, ESQ.
    JONATHAN M.F. LOO, ESQ.
    KEVIN YOLKEN, ESQ.
    820 Mililani Street, Suite 502
    Honolulu, Hawaiʻi 96813

      Attorneys for Plaintiffs

**Served via U.S. Mail, Postage Prepaid:**

    MEGAN K. KAU, ESQ.
    820 Mililani Street, Suite 701
    Honolulu, Hawaiʻi 96813

      Attorney for Defendant
      MINH-HUNG "BOBBY" NGUYEN

    SHAWN A. LUIZ, ESQ.
    841 Bishop Street, Suite 200
    Honolulu, Hawaiʻi 96813

      Attorney for Defendant
      DEREK WAYNE HAHN

//

//

WILLIAM A. HARRISON, ESQ.
1001 Bishop Street, Suite 1180
Honolulu, Hawai'i 96813

  Attorney for Defendant
  NIALL SILVA

LYLE S. HOSODA, ESQ.
ADDISON D. BONNER, ESQ.
KOURTNEY H.L.M. WONG, ESQ.
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813

  Attorneys for Defendant
  WALTER CALISTRO

JEROLD T. MATAYOSHI, ESQ.
841 Bishop Street, Suite 1200
Honolulu, Hawai'i 96813

  Attorney for Defendant
  DRU AKAGI

KATHERINE P. KEALOHA
#06014-122
FCI Victorville Medium II
Federal Correctional Institution
P.O. Box 3850
Adelanto, CA 92301

  Defendant *Pro Se*

LOUIS M. KEALOHA
Reg. No. 06015-122
FCI Sheridan
Federal Correctional Institution
P.O. Box 5000
Sheridan, OR 97378

  Defendant *Pro Se*

DANIEL SELLERS
P.O. Box 837
Kaneohe, Hawai'i 96744

Defendant *Pro Se*

DATED: Honolulu, Hawai'i, September 20, 2021

>DANA M. VIOLA
>Corporation Counsel
>
>By:  /s/ Audrey L.E. Stanley
>    AUDREY L.E. STANLEY
>    STEPHEN D. ATWELL
>    Deputies Corporation Counsel
>
>    Attorneys for Defendant
>    CITY AND COUNTY OF HONOLULU