# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 16-00659 LEK-WRP |
| CASE NAME: | Gerard K. Puana et al., v Katherine P. Kealoha et al., |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 12/1/2022 |

COURT ACTION:  EO: COURT ORDER VACATING THE HEARING ON PLAINTIFFS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

On September 1, 2022, pro se Defendant Katherine P. Kealoha ("Katherine") filed her Motion to Dismiss Third Amended Complaint for Damages by Joinder ("Katherine's Motion to Dismiss").  [Dkt. no. 357.]  On September 28, 2022, Plaintiffs Gerard K. Puana and Ricky L. Hartsell as Trustee of the Florence M. Puana Trust (collectively "Plaintiffs") filed their Memorandum in Opposition to Defendant Katherine Kealoha's Motion to Dismiss Third Amended Complaint and Cross-Motion for Partial Summary Judgment ("Opposition").  [Dkt. no. 374.]  The portion of the Opposition seeking partial summary judgment will be referred to as the "Cross-Motion for Partial Summary Judgment."  The Cross-Motion for Partial Summary Judgment is scheduled for hearing on December 29, 2022.  See Minute Order - EO: Court Order Setting Briefing Schedule, filed 10/18/22 (dkt. no. 383) ("10/18/22 EO").

Upon further review, the Court finds the Cross-Motion for Partial Summary Judgment suitable for disposition without a hearing, pursuant to Local Rule 7.1(c) of the Local Rules of Practice for the United States District Court for the District of Hawaii.  The December 29, 2022 hearing is therefore VACATED.  The briefing schedule in the 10/18/22 EO will remain in effect.  Once the Cross-Motion for Partial Summary Judgment is fully briefed, the Court will take it under advisement.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager