# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:16-CV-00659 LEK-WRP |
| CASE NAME: | Gerard K. Puana et al. v. Katherine P. Kealoha, et al. |
| ATTY FOR PLA: | Eric A. Seitz, Esq.* |
| ATTY FOR DEFT CITY AND COUNTY OF HONOLULU: | Page C. Ogata, Esq.* |

| | | | |
|---|---|---|---|
| JUDGE: | Wes Reber Porter | REPORTER: | ZOOM |
| DATE: | 2/1/2023 | TIME: | 4:00 p.m. - 4:07 p.m. |

COURT ACTION:  EP: SETTLEMENT ON THE RECORD held.

Mr. Eric Seitz appeared for Plaintiffs.

Ms. Page Ogata appeared for Defendant City and County of Honolulu.

The Court held a Telephonic Settlement on the Record.

Counsel stated the key terms on the record.

The Court found that the parties have entered into a valid and enforceable settlement.

All dates and deadlines, including trial, are VACATED.

Ms. Ogata to file a Status Report after City Council has voted on the settlement.  The Court will thereafter set a deadline for dismissal documents.

*Submitted by: Jocelyn Orosz, Courtroom Manager*