DANA M. O. VIOLA          6095
Corporation Counsel

PAGE C. K. OGATA          9562
SARAH K. Z. CAMPBELL      10522
Deputies Corporation Counsel
City and County of Honolulu
530 S. King Street, Room 110
Honolulu, Hawaiʻi 96813
Telephone:  (808) 768-5127 / (808) 768-5134
Facsimile:  (808) 768-5105
Email address: page.ogata@honolulu.gov
               sarah.campbell@honolulu.gov

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| GERARD K. PUANA, and RICKY L. HARTSELL as Trustee of the Florence M. Puana Trust,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>KATHERINE P. KEALOHA, LOUIS M. KEALOHA, DONNA LEONG, MINH-HUNG "BOBBY" NGUYEN, DANIEL SELLERS, DEREK WAYNE HAHN, NIALL SILVA, WALTER CALISTRO, DRU AKAGI, JOHN and/or JANE DOES 1-50,<br><br>　　　　Defendants. | Civil No. CV16-00659 LEK/WRP<br><br>STIPULATION FOR PARTIAL DISMISSAL OF PLAINTIFFS' CLAIMS WITH PREJUDICE AND ORDER<br><br><br><br><br><br>Judge: Hon. Leslie E. Kobayashi<br>Trial Date: February 27, 2023 |

## STIPULATION FOR PARTIAL DISMISSAL
## OF PLAINTIFFS' CLAIMS WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii) and Rule 10.4 of the Local Rules of Practice for the United States District Court for the District of Hawai'i, Plaintiffs GERARD K. PUANA and RICKY L. HARTSELL, as Trustee of the Florence M. Puana Trust (collectively, "Plaintiffs") and Defendants CITY AND COUNTY OF HONOLULU ("City") and MINH-HUNG "BOBBY" NGUYEN ("Nguyen") (collectively, "Defendants"), by and through their undersigned attorneys, hereby stipulate to the dismissal with prejudice of all claims in this action by Plaintiffs against Defendants, including all claims against Defendant LOUIS M. KEALOHA in his official capacity, with the respective parties to bear their own costs and fees.

This Stipulation for Partial Dismissal does not affect Plaintiffs' remaining claims against Defendant LOUIS M. KEALOHA in his individual capacity in the above-entitled action.

//

//

//

//

//

*Puana, et al. v. Kealoha, et al.*; Civil No. CV16-00659 LEK/WRP; Stipulation for Partial Dismissal of Plaintiffs' Claims with Prejudice and Order

DATED:  Honolulu, Hawaiʻi, March 30, 2023.

/s/ Eric A. Seitz
ERIC A. SEITZ
JONATHAN M.F. LOO
Attorneys for Plaintiffs
GERARD K. PUANA and
RICKY L. HARTSELL as Trustee of the
Florence M. Puana Trust


/s/ Megan K. Kau
MEGAN K. KAU
Attorney for Defendant
MINH-HUNG "BOBBY" NGUYEN

DANA M. O. VIOLA
Corporation Counsel

By: /s/ Page C. K. Ogata
PAGE C. K. OGATA
SARAH K. Z. CAMPBELL
Deputies Corporation Counsel

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU


APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

*Puana, et al. v. Kealoha, et al.*; Civil No. CV16-00659 LEK/WRP; Stipulation for Partial Dismissal of Plaintiffs' Claims with Prejudice and Order