LETTER

RECEIVED
CLERK, U. S. DISTRICT COURT
MAY 22 2023
DISTRICT OF HAWAII

Dear Judge Kobayashi,

Thank you for granting me the opportunity to update you on my progress to find legal representation.

As I stated in my previous letter I do not know what to do because I am not an attorney and cannot afford one. The main reason is because the majority of my monthly pension is used to pay my restitution. This court ordered obligation places a hardship on me because I am falling behind on paying my bills and trying to avoid bankruptcy.

About a month ago I contacted Ms. Megan Kau for her assistance. She said she could not represent me because she had a conflict of interest in this case. She was also unable to provide me with any referrals.

I am doing my best in prison to rehabilitate myself by helping other inmates here at Sheridan. I work in the education division as a tutor to help inmates earn their G.E.D. In addition, I volunteer in the prison's Christian Ministry program as an elder. My role involves delivering the sermon on a regular basis during Sunday service and talking to inmates who are having a difficult time adjusting to prison life.

Over the past two years in prison, I have reflected on the situation that landed me in prison. I realize I should have done more to stop the situation from escalating to the point that it did. My lack of judgement has cost me almost everything I have worked for all of my life.

I want the court to know I am not in default because I want to be or as an act of rebellion. I defaulted because I was overwhelmed and did not know how to respond to what was being asked of me.

In closing, I am doing my best to redeem myself and at the mercy of the court. I am asking for your help and appreciate any assistance you can provide.

Sincerely,
Louis J Ceabola
06015-122
Sheridan FPC